**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

BILLY MITCHELL MOORE                                                              PLAINTIFF

V.                                                                                CIVIL ACTION NO.
                                                                                  1:09-CV-306-SA-SAA

MICHAEL J. ASTRUE,
Commissioner of Social Security                                                   DEFENDANT

## FINAL JUDGMENT

Upon consideration of the file and records in this case, the court finds that the Report and Recommendations of the United States Magistrate Judge dated July 1, 2010, was on that date duly served upon plaintiff's counsel and counsel of record for defendant; that more than fourteen days have elapsed since service of said Report and Recommendations; and that no objection thereto has been filed or served by any party. The court is of the opinion that the Report and Recommendations should be approved and adopted as the opinion of the court. It is, therefore,

**ORDERED:**

1. That the Report and Recommendations of the United States Magistrate Judge dated July 1, 2010 be, and it is hereby, approved and adopted as the opinion of the court, and that the proposed findings of fact and conclusions of law therein set out be, and there are hereby, adopted as the findings of fact and conclusions of law of the court.

2. That the final decision of the Commissioner be, and it is hereby, affirmed.

SO ORDERED, this, the 19th day of July, 2010.

                                                          **/s/ Sharion Aycock**
                                                          **UNITED STATES DISTRICT JUDGE**